IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HAROLD SHAMBURGER, | ) | No. C 08-2189 JSW (PR) |
| | ) | |
| Plaintiff, | ) | **ORDER OF DISMISSAL** |
| | ) | |
| vs. | ) | |
| | ) | |
| SUE RISENHOOVER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

     Plaintiff, a California prisoner proceeding pro se, filed the above-titled civil rights action on April 28, 2008. That same date, the Court notified Plaintiff in writing that the action was deficient due to his failure to pay the requisite filing fee or, instead, submit a completed court-approved in forma pauperis ("IFP") application. Plaintiff was advised that his failure to pay the filing fee within thirty days or, alternatively, to file a completed IFP application would result in dismissal of the action. Along with said notice, Plaintiff was sent a copy of the Court's IFP application, instructions for completing it, and a return envelope. No response from Plaintiff has been received.

     As more than thirty days have passed since the deficiency notice and plaintiff has not completed the IFP application or paid the filing fee, the above-titled action is hereby DISMISSED without prejudice. The Clerk shall enter judgment and close the file.

     IT IS SO ORDERED.

DATED: June 4, 2008

*Jeffrey S. White*
JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

HAROLD SHAMBURGER,

    Plaintiff,

  v.

SUE RISENHOOVER et al,

    Defendant.

Case Number: CV08-02189 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 4, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Harold B. Shamburger D-16530
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA 95532

Dated: June 4, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk