IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD SHAMBURGER, ) | No. C 08-2189 JSW (PR) |
| Plaintiff, ) | **JUDGMENT** |
| vs. ) | |
| SUE RISENHOOVER, ) | |
| Defendant. ) | |

    An order of judgment is hereby entered DISMISSING this action without prejudice.

    IT IS SO ORDERED.

DATED: June 4, 2008

*Jeffrey S. White*
JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

HAROLD SHAMBURGER,

    Plaintiff,

  v.

SUE RISENHOOVER et al,

    Defendant.

Case Number: CV08-02189 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 4, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Harold B. Shamburger D-16530
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA 95532

Dated: June 4, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk