FILED
08 JUN -3 PM 12: 45

E-filing

JSW

(PR)

2189

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

H. SHAMBURGER,

              Plaintiff,

vs.

SUE RISENHOOVER,

              Defendant.

CASE NO. _____

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

I, _H. SHAMBURGER_, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____  Net: _____

Employer: _____

_____

1. If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

_OVER 26 YRS AGO_

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

    a. Business, Profession or self employment      Yes ___ No ✓

    b. Income from stocks, bonds, or royalties?      Yes ___ No ✓

    c. Rent payments?      Yes ___ No ✓

    d. Pensions, annuities, or life insurance payments?      Yes ___ No ✓

    e. Federal or State welfare payments, Social Security or other government source?      Yes ___ No ✓

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_N/A_

3. Are you married?      Yes ___ No ✓

Spouse's Full Name: _____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $_____ Net $_____

4.   a. List amount you contribute to your spouse's support: $ _N/A_

PRIS. APP. TO PROC. IN FORMA PAUPERIS      - 2 -

1      b.    List the persons other than your spouse who are dependent upon you for
2            support and indicate how much you contribute toward their support. (NOTE:
3            For minor children, list only their initials and ages. DO NOT INCLUDE
4            THEIR NAMES.).
5      _____NONE_____
6      _____
7  5.    Do you own or are you buying a home?    Yes ____ No ✓
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6.    Do you own an automobile?    Yes ____ No ✓
10 Make _____ Year _____ Model _____
11 Is it financed? Yes ____ No ____ If so, Total due: $ _____
12 Monthly Payment: $ _____
13 7.    Do you have a bank account? Yes ____ No ✓ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $ _____
17 Do you own any cash? Yes ____ No ____ Amount: $ _____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.)  Yes ____ No ____
20 _____
21 8.    What are your monthly expenses?
22 Rent: $ _____ Utilities: _____
23 Food: $ _____ Clothing: _____
24 Charge Accounts:
25 Name of Account      Monthly Payment      Total Owed on This Acct.
26 _____ $ _____ $ _____
27 _____ $ _____ $ _____
28 _____ $ _____ $ _____

1  9.  Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.)
3  _____ NO _____
4  _____

5  10.  Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?  Yes ___  No ✓
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____
10 _____

11  I consent to prison officials withdrawing from my trust account and paying to the court
12  the initial partial filing fee and all installment payments required by the court.
13  I declare under the penalty of perjury that the foregoing is true and correct and
14  understand that a false statement herein may result in the dismissal of my claims.

15
16  5/16/08                               /s/ [signature]
17     DATE                               SIGNATURE OF APPLICANT

Case Number:_____

# CERTIFICATION OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of <u>Harold Shamburger  D16530</u> for the last six months at <u>Pelican Bay State Prison</u> where he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $<u>50.00</u> and the average balance in the prisoner's account each month for the most recent 6-month period was $<u>264.37</u>.    (20%= $52.87)

Dated: 5/20/08

_____
Authorized officer of the institution



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 5-20-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY ___K Leppin___
TRUST OFFICE

```
                        CALIFORNIA DEPARTMENT OF CORRECTIONS
                              PELICAN BAY STATE PRISON
                            INMATE TRUST ACCOUNTING SYSTEM
                            INMATE TRUST ACCOUNT STATEMENT

                     FOR THE PERIOD: NOV. 01, 2007 THRU MAY 19, 2008

  ACCOUNT NUMBER  : D16530                    BED/CELL NUMBER: DF02U 000000211L
  ACCOUNT NAME    : SHAMBURGER, HAROLD        ACCOUNT TYPE:    I
  PRIVILEGE GROUP : D
                                TRUST ACCOUNT ACTIVITY
         TRAN
  DATE   CODE  DESCRIPTION      COMMENT      CHECK NUM    DEPOSITS    WITHDRAWALS    BALANCE
  -----  ----  ---------------  -----------  ---------    --------    -----------    -------

  11/01/2007  BEGINNING BALANCE                                                        28.36

  11/05  FC05  DRAW-FAC 5       2040  D-2                                 25.00         3.36
  11/13  W810  CANCELLED CHE    2201148455                               200.00-      203.36
  11/30  FR01  CANTEEN RETUR    702364                                     2.45-      205.81
  12/04  FC05  DRAW-FAC 5       2417  D-2                                 15.00       190.81
  12/31  FR01  CANTEEN RETUR    702748                                     0.55-      191.36
  12/31  D300  CASH DEPOSIT     2749  #126                  100.00                    291.36
      ACTIVITY FOR 2008
  01/03  FC05  DRAW-FAC 5       2804  D-2                                 25.00       266.36
  01/10  W415  CASH WITHDRAW    2928  CKREQ 283149404                     23.05       243.31
  01/15  W516  LEGAL COPY CH    3013                                       0.10       243.21
  02/04  FC05  DRAW-FAC 5       3357  D-2                                 26.00       217.21
  02/21  W415  CASH WITHDRAW    3654  CKREQ 283149862                     50.00       167.21
  02/28  W512  LEGAL POSTAGE    3772                                       1.31       165.90
  03/03  FC05  DRAW-FAC 5       3809  D-2                                 27.00       138.90
  03/07  W516  LEGAL COPY CH    3967                                       0.90       138.00
  03/26  D300  CASH DEPOSIT     4181  #187                  100.00                    238.00
  04/02  FC05  DRAW-FAC 5       4269  D-2                                 20.00       218.00
  04/10  D300  CASH DEPOSIT     4454  #196                  100.00                    318.00
  04/15  W502  POSTAGE CHARG    4506                                       5.55       312.45
  04/30  FR01  CANTEEN RETUR    704692                                     4.00-      316.45
  05/02  FC05  DRAW-FAC 5       4779  D-2                                 35.00       281.45
  05/13  D300  CASH DEPOSIT     4916  #219                   35.00                    316.45

                                TRUST ACCOUNT SUMMARY

   BEGINNING       TOTAL          TOTAL         CURRENT        HOLDS        TRANSACTIONS
    BALANCE      DEPOSITS      WITHDRAWALS      BALANCE       BALANCE       TO BE POSTED
  -----------   -----------    -----------    -----------   -----------    -------------
      28.36        335.00          46.91         316.45         0.00            0.00


                                                                            CURRENT
                                                                           AVAILABLE
                                                                            BALANCE
                                                                           ----------
                                                                             316.45
```

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 5-20-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature]
TRUST OFFICE

1   *H. SHAMBURGER V. SUE RISENHOOVER*

2   Case Number: *CV 08 2189*

8   **CERTIFICATE OF FUNDS**

9   **IN**

10   **PRISONER'S ACCOUNT**

11   *H. SHAMBURGER # D16530 Cell # D2211*

12   I certify that attached hereto is a true and correct copy of the prisoner's trust account

13   statement showing transactions of _____ for the last six months

                                                                 [prisoner name]

14   _____ where (s)he is confined.
                [name of institution]

15   I further certify that the average deposits each month to this prisoner's account for the

16   most recent 6-month period were $ _____ and the average balance in the prisoner's

17   account each month for the most recent 6-month period was $_____.

19   Dated:_____       _____
                                                     [Authorized officer of the institution]