HAROLD SHAMBURGER
5905 LAKE EARL DRIVE
CRESCENT CITY, CA 95531

FILED
08 JUN 27 PM 12:52
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| HAROLD SHAMBURGER, | NO. C 08 2189 JSW (PR) |
| PLAINTIFF, | MOTION TO RECONSIDER ORDER OF DISMISSAL |
| V. | |
| SUE RISENHOOVER, | |
| DEFENDANT. | |

PLAINTIFF MOVES THIS COURT TO RECONSIDER IT'S ORDER DATED JUNE 4 2008 DISMISSING PLAINTIFF'S 42 USC SECTION 1983 FOR FAILURE TO SUBMIT A COMPLETED COURT-APPROVED IN FORMA PAUPERIS (IFP) APPLICATION. IT'S UNCLEAR WHEN THIS PLAINTIFF RECEIVED THIS COURTS IN FORMA PAUPERIS APPLICATION. PLAINTIFF'S ATTACHED LEGAL MAIL LOG INDICATE PLAINTIFF THIS COURT'S (IFP) APPLICATION ON MAY 5 2008 AND PLAINTIFF RETURNED HIS CERTIFIED TRUST ACCOUNT HISTORY TOGETHER WITH HIS (IFP) APPLICATION VIA U.S. MAIL ON MAY 30 2008 SEE PLAINTIFF'S LEGAL MAIL LOG. PLAINTIFF RESPONSE WAS TIMELY AND IN ACCORDANCE WITH THIS COURT'S ORDER.

DATED 6/15/08           Shamburger
                        /S/ HAROLD SHAMBURGER

CDC-119 Query                                                                              6/11/2008

| CDC NUMBER | INMATE NAME | NAME TO/FROM | CITY/STATE CERTIFIED # | SENT | REC'D |
|---|---|---|---|---|---|
| D16530 | SHAMBURGER | USDC-N | SAN JOSE | | 10/5/2005 |
| D16530 | SHAMBURGER | USDC | SAN JOSE | | 10/5/2005 |
| D16530 | SHAMBURGER | USDC | SF | 1/26/2006 | |
| D16530 | SHAMBURGER | JUDGE SCHROEDER | SF (9TH CIR CRT OF APPL) | 2/28/2006 | |
| D16530 | SHAMBURGER | USDC | SAN JOSE CA | | 3/21/2006 |
| D16530 | SHAMBURGER | COPY MADE AS PER INMATE REQUE | | | |
| D16530 | SHAMBURGER | US BANRUPCY COURT | SANTA ROSA | 7/5/2006 | |
| D16530 | SHAMBURGER | DN SUP COURT | CC CA | 8/9/2006 | |
| D16530 | SHAMBURGER | DN SUP COURT | CC CA | 8/16/2006 | |
| D16530 | SHAMBURGER | 70062150000504001320 | SAN JOSE CA | | 12/6/2006 |
| D16530 | SHAMBURGER | 70060810000584484342 | PALO ALTO CA | 2/16/2007 | |
| D16530 | SHAMBURGER | U.S. DISTRICT COURT | SAN FRANCISCO, CA | 9/20/2007 | 9/10/2007 |
| D16530 | SHAMBURGER | U.S. DISTRICT COURT | SAN FRANCISCO, CA | 9/20/2007 | |
| D16530 | SHAMBURGER | COPY SENT | | 10/2/2007 | |
| D16530 | SAHMBURGER | SUPERIOR COURT OF CA, SANTA CL | SAN JOSE, CA | | 10/16/2007 |
| D16530 | SHAMBURGER | U.S. DISTRICT COURT | SAN FRANCISCO, CA | 10/16/2007 | |
| D16530 | SHAMBURGER | U.S. DISTRICT COURT | SAN FRANCISCO, CA | 10/25/2007 | 10/23/2007 |
| D16530 | SHAMBURGER | U.S. DISTRICT COURT | SAN FRANCISCO, CA | | 11/1/2007 |
| D16530 | SHAMBURGER | SUPERIRO COURT OF CA | SAN JOSE, CA | 11/2/2007 | |
| D16530 | SHAMBURGER | U.S. NORTHERN DISTRICT OF CA | SAN FRANCISCO, CA | 12/10/2007 | |
| D16530 | SHAMBURGER | COPY SENT | | 1/11/2008 | |
| D16530 | SHAMBURGER | U.S. DISTRICT COURT | SAN FRANCISCO, CA | 1/15/2008 | |
| D16530 | SHAMBURGER | U.S. DISTRICT COURT | SAN FRANCISCO, CA | 2/20/2008 | |
| D16530 | SHAMBURGER | U.S. DISTRICT COURT | SAN FRANCISCO, CA | | 3/20/2008 |
| D16530 | SHAMBURGER | U.S. DISTRICT COURT | SAN FRANCISCO, CA | 3/27/2008 | |
| D16530 | SHAMBURGER | U.S. DISTRICT COURT | SAN FRANCISCO, CA | | 4/3/2008 |
| D16530 | SHAMBURGER | U.S. DISTRICT COURT | SAN FRANCISCO, CA | | 5/12/2008 |
| D16530 | SHAMBURGER | COPY SENT | | 5/15/2008 | |
| D16530 | SHAMBURGER | 70051820000786125185 | SAN FRANCISCO, CA | 4/8/2008 | |
| D16530 | SHAMBURGER | U.S. DISTRICT COURT | SAN FRANCISCO, CA | 4/16/2008 | |
| D16530 | SHAMBURGER | U.S. DISTRICT COURT | SAN FRANCISCO, CA | 4/16/2008 | |
| D16530 | SHAMBURGER | U.S. DISTRICT COURT | SAN FRANCISCO, CA | | 4/25/2008 |

CDC-119 Query     6/11/2008

| CDC NUMBER | INMATE NAME | NAME TO/FROM | CITY/STATE CERTIFIED # | SENT | REC'D |
|---|---|---|---|---|---|
| D16530 | SHAMBURGER | U.S. DISTRICT COURT | SAN FRANCISCO, CA | 5/2/2008 | |
| D16530 | SHAMBURGER | U.S. DISTRICT COURT | SAN FRANCISCO, CA | 5/22/2008 | |
| D16530 | SHAMBURGER | U.S. DISTRICT COURT | SAN FRANCISCO, CA | | 5/29/2008 |
| D16530 | SHAMBURGER | U.S. DISTRICT COURT | SAN FRANCISCO, CA | 5/30/2008 | |
| D16530 | SHAMBURGER | U.S. DISTRICT COURT | SAN FRANCISCO, CA | | 6/6/2008 |
| D16530 | SHAMBURGER | U.S. DISTRICT COURT | SAN FRANCISCO, CA | | 6/6/2008 |
| D16530 | SHAMBURGER | COPY SENT | | 6/12/2008 | |

Page 2

STATE OF CALIFORNIA  
GA-22 (9/92)

# INMATE REQUEST FOR INTERVIEW

DEPARTMENT OF CORRECTIONS

| DATE | TO | FROM (LAST NAME) | CDC NUMBER |
|---|---|---|---|
| 6/10/08 | Accounting Office | Shrumburger | D16530 |

| HOUSING | BED NUMBER | WORK ASSIGNMENT | JOB NUMBER | | |
|---|---|---|---|---|---|
| D2 | 211 | | FROM | | TO |

PELICAN BAY STATE PRISON  
SECURITY HOUSING UNIT

| OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.) | ASSIGNMENT HOURS | |
|---|---|---|
| | FROM | TO |

**Clearly state your reason for requesting this interview.**
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

I would like to know when my certified 6 month trust account history re: Shrumburger v. Risenhauer C082189 JSW (PR) was completed and forward to the Sku law library?

*Do NOT write below this line. If more space is required, write on back.*

| INTERVIEWED BY | DATE |
|---|---|
| J Kleppin | 6-11-08 |

DISPOSITION: Copy 1 was mailed 5/20/08. Copy 2 was mailed 5/23/08. I do not keep records of case numbers or names on cases - only who requested + what date it was placed into the institutional mail.

DATE: 5/22/08

NAME: Shamburger   CDC NO: D16530   HOUSING: D2 211

Your "REQUEST FOR CERTIFIED 6 MONTHS TRUST ACCCOUNT HISTORY" has been completed by the Trust Office and has been returned to the SHU Law Library.

You must notify the Law Library when your paper work requiring the In Forma Pauperis (IFP) certification is ready to be mailed by sending your "Request for Legal Photocopy Service", along with your legal papers to the library. Be sure to include your signed trust withdrawal form. Attach the lower portion of this page to the "Request for Legal Photocopy Service form.

On completion of the photocopying, the library mail cart officer will return your legal papers and the copies to you. You are required to place your paperwork in an envelope – the officer will place the IFP certificate into the envelope with your papers – the envelope will be sealed and mailed to the Court.

DePew
S.H.U. Law Library ~~Officer~~ LTA